*Stanley Fowler, Alexander W. Kramer* and *Joseph R. Risdell* for appellant-respondent.

*Felix C. Lourie* and *Leon J. Tepper,* in person, for Leon J. Tepper, respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of the Accounting of MELVILLE E. REGENSBURG et al., as Executors and Trustees under the Will of CARRIE AHRENS, Deceased, Appellants. SOPHY P. REGENSBURG, as Executrix of MELVILLE E. REGENSBURG, Deceased Executor and Trustee, et al., Appellants; ETHEL AHRENS, as Guardian of the Personal Estate of JEROME M. AHRENS, JR., Respondent.

Submitted October 3, 1951; decided October 18, 1951.

Motion to amend the remittitur and for other relief denied, without costs. [See 301 N. Y. 701.] ·

In the Matter of FREDRIK A. HANSEN et al., Individually and as Members of the Fire Department Committee on the Merit System and on Behalf of All Other Nondisabled Veterans on the Promotion List for Lieutenant, Appellants, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents, and PETER ROMAN et al., Individually and as Members of the Committee to Protect Disabled Veterans of the Fire Department and on Behalf of All Other Disabled Veterans on the Promotion List for Lieutenant, Interveners, Respondents.

Submitted October 15, 1951; decided October 18, 1951.

*John K. Clark, Jr.,* for motion.

*Samuel D. Smoleff* opposed.

Motion granted and appeal dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL I. BECKER, Appellant, against WARDEN OF BELLEVUE PRISON WARD et al., Respondents.

Submitted October 3, 1951; decided October 18, 1951.

Motion for reargument denied.   [See 302 N. Y. 944.]

LILLIAN PERELMAN, Respondent, *v.* SAMUEL SPITZER, Appellant.

Submitted October 15, 1951; decided October 18, 1951.

Motion for reargument of motion for leave to appeal granted and, upon reargument, motion for leave to appeal denied, with $10 costs and necessary printing disbursements.   [See 303 N. Y. 614.]